# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TEDDY STRATFORD APPAREL LLC, and BRYAN DAVIS, <br><br> Plaintiffs, <br><br> vs. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> Defendants. | ) Case No. 23-10799 <br> ) <br> ) Judge: <br> ) <br> ) Magistrate: <br> ) |

## PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TEMPORARILY SEAL DOCUMENTS

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion for Leave to Temporarily Seal Documents ("Motion to Seal") requesting leave to file the following documents under seal: (1) Exhibits 1 and 2 to the Complaint (Dkt #1) that includes the Plaintiff's trademark certificates, patent certificates, and a list of the infringing websites and webstores; and (2) Exhibit B to the Jones Declaration in support of the Plaintiffs' motion for temporary restraining order to follow, which will include screenshots of the infringing websites showing instances of trademark, copyright, and infringement, as well as the misappropriation of the likeness of Plaintiff Bryan Davis.

In this case, Plaintiffs are requesting temporary *ex parte* relief based on an action for trademark counterfeiting, copyright infringement, patent infringement, false designation of origin under the Lanham Act, copyright infringement under the Copyright Act, deceptive trade practices under Illinois State law, and misappropriation of likeness under the Illinois Right to Publicity Act, 765 ILCS 1075, *et seq*. Temporarily sealing these limited portions of the file is necessary to prevent the Defendants from learning of these proceedings prior to the execution of the temporary

restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence, the hiding or transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing websites. Such acts would frustrate the purposes of the underlying law and would interfere with this Court's power to grant relief. Once the temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiff will promptly move to unseal these documents.

Respectfully submitted,

By: /s/ Patrick M. Jones
    Patrick M. Jones, one of
    the Attorneys for Plaintiffs

**AEGIS LAW**

Patrick M. Jones (IL #6271256)
John N. Julian (IL #6211254)
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: jjulian@aegislaw.com