| Type | Infringer Name | Technology/Seller ID | Website | IP | |
|---|---|---|---|---|---|
| Shopify | 99back | Shopify; PayPal | https://99back.com/ | TM 1 & 2; ©; Patent 1; Likeness | key: TM 1 = Teddy Stratford |
| Wordpress | Adorbs Tail | WooCommerce; PayPal | https://adorbstail.com/ | ©; Patents 1,2; Likeness | Patent 1 = Zipped Shirt |
| Amazon Marketplace | ZouYuanTao | A18EMLJHFGZ07X | https://www.amazon.nl/sp?ie=UT | ©; Patents 1,2; Likeness | Patent 2 = Collar |
| Shopify | Avontica | Shopify; PayPal | https://avontica.nl | TM 1; ©; Patents 1,2; Likeness | |
| Shoplazza | beautifulise | Shoplazza; PayPal | https://www.beautifulise.com/ | TM 1 & 2; ©; Likeness | |
| Wordpress | Beeboo | WooCommerce; PayPal | https://www.beeboo.store/ | ©; Patent 2; Likeness | |
| Auction Marketplace | Bidbuy | eBay | https://www.bidbuy.co.kr/ | ©; likeness | |
| Web Store | Bless-eternity | PayPal | https://bless-eternity.com | TM2; ©; Patents 1,2; Likeness | |
| Wordpress | Blueflory | Creditcard only | https://blueflory.com/ | TM 1 & 2; ©; Patents 1,2; Likeness | |
| Web Store | Blueraye | PayPal | https://blueraye.com | TM 1 & 2; ©; Patents 1,2; Likeness | |
| Shoplazza | bootslooks | Shoplazza/PayPal | https://www.bootslooks.com/ | TM2; ©; Patents 1,2; Likeness | |
| Web Store | Breezyard | PayPal | https://www.breezyard.com | TM 1 & 2; ©; Patents 1,2; Likeness | |
| Web Store | Modern Lean Design | PayPal | https://breject.com/ | ©; Patents 1,2; Likeness | |
| Web Store | Brightmeteors.com | PayPal | https://www.brightmeteors.com | ©; likeness | |
| Shopify | Bruneya | Shopify; PayPal | https://bruneya.nl | TM 1; ©; Patents 1,2; Likeness | |
| Web Store | Bulk-supplement.bs | PayPal | https://www.bulk-supplement.com | ©; Patents 1,2; Likeness | |
| Wordpress | Centfeel | PayPal | https://centfeel.com/ | ©; Patents 1,2; Likeness | |
| Web Store | Cleverwhalego | Klarna; PayPal | https://www.cleverwhalego.com/ | ©; Patents 1,2; Likeness | |
| Web Store | Converselyt | Klama; PayPal | https://www.converselyt.com/ | TM 1 & 2; ©; Patents 1,2; Likeness | |
| Wordpress | Decacy Store | PayPal | https://decacy.com/ | TM 1 & 2; ©; Patent 2; Likeness | |
| Wordpress | Deflory | PayPal | https://www.deflory.com/ | ©; Patents 1,2; Likeness | |
| Shoplazza | Snappok | Shoplazza; PayPal; Gpay | https://www.demmoo.com/ | TM 1 & 2; ©; Patents 1,2; Likeness | |
| Shoplazza | Dresstyle | Shoplazza; PayPal | https://www.dresstyle.shop/ | TM 1 & 2; ©; Patent 2; Likeness | |
| Web Store | easy-cheap-go | PayPal | https://www.easy-cheap-go.com | TM2; ©; Patents 1,2; Likeness | |

| Platform | Seller | Payment | URL | Notes |
|---|---|---|---|---|
| eBay Marketplace | pinkpig7652 | eBay; PayPal | https://www.ebay.com.au/str/pinl | TM 1; ©; likeness |
| eBay Marketplace | wanjunlo | eBay; PayPal | https://www.ebay.com.au/str/war | TM 1; ©; likeness |
| eBay Marketplace | New Beautiful Girl | eBay; PayPal | https://www.ebay.com.au/str/nev | TM 1; ©; likeness (PMJ test purchase 9122023) |
| eBay Marketplace | Lovely&Girls | eBay; PayPal | https://www.ebay.com.au/str/love | TM 1; ©; likeness |
| eBay Marketplace | chstock88 | eBay; PayPal | https://www.ebay.ch/str/chstock8 | TM 1; ©; likeness |
| eBay Marketplace | seasofbeauty | eBay; PayPal | https://www.ebay.co.uk/str/seaso | TM1; ©; Patent 1; likeness |
| eBay Marketplace | chuqin-62 | eBay; PayPal | https://www.ebay.co.uk/str/chuqi | TM 1; ©; Patent 1; likeness |
| eBay Marketplace | anime_de_store | eBay; PayPal | https://www.ebay.de/str/animede | ©; patent 1; likeness |
| eBay Marketplace | yunhu9804 | eBay; PayPal | https://www.ebay.com/str/yunhu9 | TM 1 (blurry); ©; patent 1; likeness |
| eBay Marketplace | hothair8811 | eBay; PayPal | https://www.ebay.com/str/hothair | TM 1; ©; patent 1; likeness |
| eBay Marketplace | zhut_4666 | eBay; PayPal | https://www.ebay.com/str/zhut46 | TM 1 (blurry); ©; patent 1; likeness |
| eBay Marketplace | Mel Stylish Shop | eBay; PayPal | https://www.ebay.com/str/melsty | TM1 (blurry);©; patent 1; likeness |
| eBay Marketplace | fashionshoes8815 | eBay; PayPal | https://www.ebay.com/str/fashior | TM1; ©; patent 1; likeness |
| eBay Marketplace | huahuo-61 | eBay; PayPal | https://www.ebay.com/str/huahuc | TM1; ©; patent 1; likeness |
| eBay Marketplace | littlegirlsshop | eBay; PayPal | https://www.ebay.com/str/littlegir | TM 1;©; patent 1; likeness |
| eBay Marketplace | weiz-2 | eBay; PayPal | https://www.ebay.com/str/weiz2 | TM1; ©; patent 1; likeness |
| eBay Marketplace | Fashion's hair accesso | eBay; PayPal | https://www.ebay.com/str/fashior | TM 1; ©; patent 1; likeness |
| eBay Marketplace | nangguan_97 | eBay; PayPal | https://www.ebay.com/str/nangua | TM 1; ©; patent 1; likeness |
| eBay Marketplace | liming_438 | eBay; PayPal | https://www.ebay.com/str/liming4 | TM 1; ©; patent 1; likeness |
| eBay Marketplace | LUCKY DOG Grocery | eBay; PayPal | https://www.ebay.com/str/haoxue | TM 1; ©; patent 1; likeness |
| eBay Marketplace | Beautiful Moment | eBay; PayPal | https://www.ebay.ph/str/beautiful | TM 1; ©; patent 1; likeness |
| Web Store | Elisastuff | PayPal | https://www.elisastuff.com/ | ©; likeness |
| Web Store | Embroideryn | PayPal | https://www.embroideryn.com/ | ©; likeness |
| Shopify | Enzova | Shopify; PayPal; ApplePay | https://www.enzova.fr | ©; Patents 1,2; Likeness |
| Shopify | Fabio-Morello | Shopify; PayPal; Klarna | https://fabiomorello.com/ | ©; Patents 1,2; Likeness |
| Web Store | fairytaleorama | PayPal | https://www.fairytaleorama.com/ | ©; Patents 1,2; Likeness |
| Web Store | CoFlory | PayPal | https://florysanta.com/ | TM2; ©; Patent 1; Likeness |
| Shoplazza | fmmill | Shoplazza; PayPal | https://www.fmmill.com | TM 1 & 2; ©; Patent 1; Likeness |
| Shoplazza | foltrend | Shoplazza; Gpay; PayPal | https://www.foltrend.com | TM 1 & 2; ©; Patents 1,2; Likeness |
| Web Store | Formlurgous | PayPal | https://formlurgous.com/ | TM2; ©; Patent 1; Likeness |
| Shoplazza | freesmily | Shoplazza; PayPal | https://www.freesmily.store/ | ©; likeness |
| Web Store | Generallyt | PayPal | https://generallyt.com/ | ©; patent 1; likeness |
| Shoplazza | Giftnii | Shoplazza; PayPal | https://www.giftnii.com/ | TM2; ©; Patent 1; Likeness |
| Wordpress | Halakick | WooCommerce; PayPal | https://www.halakick.com/ | TM2; ©; Patent 1; Likeness |
| Shopify | halyone | Shopify; Gpay; MetaPay; PayPal | https://halyone.com/ | TM2; ©; Patents 1,2; Likeness |
| Shoplazza | Haulhot | Shoplazza; PayPal | https://www.haulhot.com/ | TM 1 (blurry) & 2; ©; Patent 1; Likeness |
| Shopify | Hibybuy | Shopify; PayPal; Klarna | https://hibybuy.com | TM 1 (blurry) & 2; ©; Patent 1; Likeness |
| Shoplazza | Hilicense | Shoplazza; PayPal | https://www.hilicense.com | TM 1 (blurry) & 2; ©; Patent 1; Likeness |
| Wordpress | Holopearl | WooCommerce; PayPal | https://holopearl.com/ | TM2; ©; Patent 1; Likeness |
| Shopline | Hugotok | Shopline; PayPal | https://hugotok.com | TM 1 (blurry) & 2; ©; Patents 1,2; Likeness |
| Web Store | Hulaline | PayPal | https://hulaline.com | TM 1 & 2; ©; Patents 1,2; Likeness |
| Web Store | Institutionk | Cart Functionality - PayPal - Klarna | https://www.institutionk.com/ | ©; Patents 1,2; Likeness |

| Platform | Store Name | Payment | URL | Infringements |
|---|---|---|---|---|
| Shoplazza | Itin | Shoplazza - PayPal | https://www.itin.store/ | ©; Patents 1; TM2; Likeness |
| AliExpress Marketplace | LEMKAXY Store | 1102345290 - PayPal | https://lemkaxyofficial.aliexpress | ©; Patents 1; Likeness - Can't purchase w/o acct. |
| Shoplazza | Jacksman | Shoplazza - PayPal | https://www.jacksman.com | ©; Patents 1 & 2; TM 2 Likeness |
| Shoplazza | joysav | Shoplazza - Credit Card Only | https://www.joysav.com | ©; Patents 1; TM2; Likeness |
| Shoplazza | Limodou | Shoplazza - PayPal | https://www.limodou.com/ | ©; TM2; Likeness |
| Shopify | LLmetro | Shopify - PayPal | https://llmetro.com/ | ©; Patent 1; TM 2; Likeness |
| Web Store | Misecal | Cart Functionality - PayPal | https://misecal.com/ | ©; Patent 1; TM 2; Likeness |
| ShopBase | MudrooMarket | ShopBase - PayPal | https://mudroo.com/ | ©; Likeness; Patent 1 - NOTE Product description is not for the shirt |
| Web Store | musicianp | Cart Functionality - PayPal | https://www.musicianp.com/ | ©; Likeness; Patent 1; TM 2 |
| Shopline | Nevecart | Shopline - Credit Card | https://nileapple.com/ | ©; Likeness; Patent 1; TM 2 |
| Wordpress | Norashack | WooCommerce - PayPal | https://www.norashack.com/ | ©; Patents 1 & 2; Likeness; |
| Shoplazza | Old33 | Shoplazza - PayPal | https://www.old33.com/ | ©; Likeness; Patent 1; TM 2 |
| Web Store | Olednova | Cart Functionality - Credit Card | https://olednova.com | ©; Likeness; Patents 1& 2; TM 2 |
| Web Store | Perfect Nile | Cart Functionality - Credit Card | https://perfectnile.com/ | ©; Likeness; Patent 2 |
| Shopify | pinksunrise-uk | Shopify - PayPal; Klarna | https://www.pinksunrise.co.uk | ©; Likeness; |
| Shoplazza | prehomemart | Shoplazza - PayPal | https://www.prehomemart.com/ | ©; Likeness; Patent 1; Likeness; TM 2 NOTE: Actually mentions Bryan in "Story of the Brand" |
| Amazon Marketplace | tarlyrano (Sold By DaY | A32UH52TN1NW7H - | https://p-yo-www-amazon-com-n | ©; Likeness |
| Shopify | QRSHE | Shopify - PayPal | https://qrshe.com/ | ©; Likeness; Patent 1; TM 2 |
| Wordpress | Remtica Shop | WooCommerce - Credit Card | https://remtica.com | ©; Likeness; Patent 1; TM 2 |
| Web Store | Top Sale IV | Cart Functionality - PayPal | https://runscbk.com/ | ©; Likeness; TM 2; Patent 1 |
| Shoplazza | SATISFIED YOUTH | Shoplazza - Credit Card | https://www.satisfiedyouth.com/ | ©; Likeness; Patent 1; TM 2 |
| Shopify | Seehira | Shopify - Google Pay - Shop - PayPal | https://seehira.com | ©; Likeness; Patent 2; TM 2 |
| Wordpress | Selectflory | WooCommerce - PayPal | https://selectflory.com/ | ©; Likeness; Patent 2; TM 2 |
| Shopify | seyoily | Shopify - PayPal | https://seyoily.com | ©; Patent 1; Likeness; |
| Shopline | Sigriton | Shopline - PayPal | https://sigriton.com/ | ©; Likeness; Patent 1, TM 2 |
| Shoplazza | Snappok | Shoplazza - PayPal | https://www.snappok.com/ | ©; Likeness; Patent 1 & 2; TM 2 |
| Shoplazza | Snappok Shop | Shoplazza - PayPal | https://www.snappok.shop/ | ©; Likeness; Patent 1 & 2; TM 2 |
| Shoplazza | SocialShop | Shoplazza - PayPal | https://www.social.shop/ | ©; Likeness; Patent 1 & 2; TM 2 |
| Shoplazza | Stilches | Shoplazza - PayPal | https://www.stilches.com/ | ©; Likeness; Patent 1 & 2; TM 2 |
| Web Store | Onillow | Cart Functionality - PayPal | https://stretchzipshirt.onillow.com | ©; Likeness; Patent 1; TM 2 |
| Web Store | Tenderolanets.shop | Cart Functionality - PayPal | https://www.tenderplanets.com/ | ©; Likeness; Patent 1; TM 2 |
| Web Store | Tidowa | Cart Functionality - Credit Card | https://tidowa.cc/ | ©; Likeness; Patent 1; TM2 |
| Wordpress | Tinyyworld | WooCommerce - PayPal | https://www.tinyyworld.tech/ | ©; Likeness; Patent 1; TM 2 |
| Web Store | Tommo Pick | Cart Functionality - Credit Card | https://www.tommopick.com/ | ©; Likeness; Patent 1 & 2 |
| Web Store | Tonal-diamond.tdd | Cart Functionality - PayPal | https://www.tonal-diamond.com/ | ©; Patent 1 & 2, Likeness; |
| Web Store | Toothpicky | Cart Functionality - PayPal | https://www.toothpicky.com/ | ©; Likeness; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |
| Shopline | TOYEDC | Shopline - PayPal | https://toyedc.com/ | ©; Likeness; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |
| Web Store | Tropatie | Cart Functionality - PayPal | https://www.tropatie.com | ©; Likenesss; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |
| Shopify | TURNON SHOP | Shopify - Google Pay - Shop - Meta P | https://turnonshop.com | ©; Likeness; TM 2 |

| | | | | |
|---|---|---|---|---|
| Web Store | Unfolbatle | Cart Functionality - PayPal | https://unfolbatle.com | ©; Likeness; Patent 2 |
| Web Store | Validityi | Cart Functionality - PayPal | https://www.validityi.com/ | ©; Likeness; Patent 1; TM 2 |
| Web Store | Vigourgagem01 | Cart Functionality - PayPal | https://www.vigourgagem.com/ | ©; Likeness; Patent 1 & 2; |
| Web Store | Wavevive | Cart Functionality - Credit Card | https://wavevive.com | ©; Likeness; Patent 1 & 2; TM 2 |
| Web Store | Winterduet-1 | Cart Functionality - PayPal | https://www.winterduet.com/ | ©; Likeness; Patent 1; TM 2 |
| Web Store | Zureblue | Cart Functionality - PayPal | https://www.zureblue.com/ | ©; Likeness; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |