Free Domestic Shipping on orders $150+
Free Domestic Exchanges/Returns



Shop ⌄     About ⌄     Reviews



Athletic Fit Button Downs That Zip

INTRODUCING THE ZIP FIT SHIRT™

SHOP ATHLETIC FIT

**Premium. Handmade.**
Closer Fit, No Gapping.

## Selling Fast

Shop these trending Zip Fit shirts before they sell out



LOW STOCK

**MANDARIN COLLAR RED STRIPED SEERSUCKER- SMALL BATCH # 415**
$ 135.00
☆☆☆☆☆ (0)



LOW STOCK

**STRIPED SEERSUCKER - SHORT SLEEVE**
$ 125.00
★★★★★ (1)

LOW STOCK

**SMALL PRINT PARTY SHIRTS- SMALL BATCH SERIES**
$ 125.00
★★★★★ (1)



LOW STOCK

**STRIPED SEERSUCKER LONG SLEEVE**
$ 135.00
★★★☆☆ (2)


Stretch


Pockets


Party Shirts


Oxford

# Athletic Fit Shirts for Athletes & Normies.

Shop our most popular Zip Fit shirts below



**THE NYTD**

$ 149.00

★★★★½ (86)



**INCOGNITO STRETCH POPLIN**

$ 135.00

★★★★★ (172)



**THE PILOT SHIRT**

$ 135.00

★★★★½ (47)



**THE GATEWAY SHIRT: NO PROMO CODES**

$ 98.00

★★★★½ (167)



**THE DRESS TWILL**

$ 135.00

★★★★★ (144)



**TWO-POCKET ORGANIC OXFORD**

$ 135.00

★★★★½ (8)



**THE SOLID OCBD: OXFORD CLOTH BUTTON DOWN**

$ 135.00

★★★★½ (11)



**MEGA-STRETCH PERFORMANCE BROADCLOTH**

$ 135.00

★★★★½ (37)






**3,000+ CUSTOMERS LOVE OUR ATHLETIC FIT SHIRTS**

★★★★★

What a PERFECT fit. Long enough on the arms, broad enough in the shoulders, but slim around the waist. Besides the fact that the box it came in was great, shipping was fast. I'm super impressed - love the zip, love it all.

NED T.

★★★★★

I love this shirt! I have very broad shoulders and a very apparent "V" shape, and it has always been a challenge to find shirts that do not gap out in the center of my chest. These are worth every penny.

ETHAN

★★★★★

I am now on my 8th TS shirt and I feel like anything else is just a waste of money. The quality and fit are amazing.

MICHAEL G.

○ ○ ● ○ ○ ○ ○ ○ ○



## ATHLETIC FIT DRESS SHIRTS

We studied the archetypal male form, found our own golden ratio between shoulders, chest, and waist, and built our athletic fit shirts around it.

**SHOP DRESS SHIRTS**

## ATHLETIC FIT CASUAL SHIRTS

The Zip Fit shirt reinvents the slim fit button down. It fits closer without pulling at the buttons so you'll look sharp wherever life takes you.

**SHOP CASUAL SHIRTS**







### Premium Quality

Every Zip Fit shirt is handmade from 100% long staple Egyptian cotton. We use single needle stitching & flat felled seams for a clean finish & extreme durability.

### Athletic Fit

We found the ideal ratio between shoulders, chest and waist to create a shirt that looks like it was custom made for athletic guys and makes "normal" guys look more athletic.

### No Gapping

Slim-fit shirts tend to pull open around the buttons, particularly for athletically built guys. Our patented Zip Fit ® shirt allows for a closer fit, with no gapping.



## TEDDY'S $50 WAGER

We bet that your Teddy Stratford shirt will be the best fitted shirt you've ever worn.

If it isn't, & you decide to keep the shirt, just let us know & we'll send you $50 Details

## #ZIPFITSHIRT

---

### GET IN TOUCH

custcare@teddystratford.com

Text: 929-264-5116

### FOLLOW US OUT THERE

  

### JOIN US

SIGN UP TODAY FOR $15 OFF EACH SHIRT IN YOUR FIRST PURCHASE

[Email Address] **SUBMIT**

[🇺🇸 ▼ Phone Number (Optional)]

By entering your phone number and submitting this form, you consent to receive marketing text messages (such as promotion codes and cart reminders) from Teddy Stratford at the number provided, including messages sent by autodialer. Consent is not a condition of any purchase. Message and data rates may apply. Message frequency varies. You can unsubscribe at any time by replying STOP or clicking the unsubscribe link (where available) in one of our messages. View our Privacy Policy and Terms of Service

---

| ATHLETIC FIT SHIRTS | SHOP WITH US | GENERAL | |
|---|---|---|---|
| All Shirts | Shipping and Tax | Terms of Service |  |
| Warehouse Sale | Returns and Exchanges | Privacy Policy | |
| Gift Card | Fit Guide | Disclaimer | |
| | F.A.Q | Sitemap | |

© 2023 Teddy Stratford



© 2023 Teddy Stratford