**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Bryan Davis, et al.

                                            Plaintiff,

v.                                                                              Case No.: 1:23−cv−10799
                                                                             Honorable Andrea R. Wood

The Entities listed on Exhibit 1

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic motion hearing held on 9/27/2023. For the reasons stated on the record, Plaintiffs' ex parte motion for leave to temporarily seal documents [6] and motion to exceed page limitation [10] are granted. Plaintiffs' ex parte motion for entry of a (1) temporary restraining order, (2) asset restraining order, (3) expedited discovery order, and (4) service of process by email [9] is taken under advisement. Telephonic status hearing set for 10/4/2023 at 9:45 AM. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.