IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEDDY STRATFORD APPAREL LTD., and BRYAN DAVIS, <br><br> Plaintiffs, <br><br> v. <br><br> THE ENTITIES listed on EXHIBIT 1, <br><br> Defendants. | No. 23-cv-10799 <br><br> Judge Andrea R. Wood <br><br> Magistrate Judge Gabriel A. Fuentes |

***SEALED* *EX PARTE* TEMPORARY RESTRAINING ORDER
WITH ASSET FREEZE AND OTHER EQUITABLE RELIEF**

Plaintiffs Teddy Stratford Apparel, Ltd. And Bryan Davis (collectively, "Plaintiffs"), having filed its complaint for Federal Trademark Counterfeiting and Infringement, Unfair Competition and False Designation of Origin, and claims under the Illinois Uniform Deceptive Trade Practices Act, and having moved *ex parte* for a Temporary Restraining Order and other relief pursuant to Rule 65 of the Federal Rules of Civil Procedure, Fed. R. Civ. Pro. 65, and the Court having considered the complaint, declarations, exhibits, and memorandum of law filed in support, finds as follows:

1. This Court has subject matter jurisdiction over the subject matter of this case;

2. This Court finds, in the absence of adversarial presentation, that it has personal jurisdiction over the parties;

3. Plaintiffs have made a sufficient showing that the Defendants, identified in the attached schedule also found at Docket No. 19, have engaged in, and are likely to continue to engage in, acts and practices that violate the Lanham Act, 15 U.S.C. §1114(1), false designation of origin claim under 15 U.S.C. §1125(a), the Illinois Uniform Deceptive Trade Practice Act, 810

ILCS 510, as well as to engage in acts and practices that infringe on valid and enforceable trademarks, patents and copyrights; and

    4.  This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Bryan Davis [11-1] and the Declaration of Patrick M. Jones [11-2] in support of the Motion and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an ex parte Order, Defendants could and likely would move any assets from accounts in financial institutions under this Court's jurisdiction to off-shore accounts.

  Accordingly, this Court orders that:

    1.  Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

     a.  Using the trademarks, copyrighted materials, or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Teddy Stratford Apparel, Ltd. product or not authorized by Plaintiffs to be sold in connection with the "Teddy Stratford" or "Zip Fit Shirts" Trademarks;

     b.  Passing off, inducing, or enabling others to sell or pass off any product as a genuine Teddy Stratford Apparel, Ltd. product or any other product produced by Plaintiff, that is not Plaintiffs' or not produced under the authorization, control or

        supervision of Teddy Stratford Apparel, Ltd. and approved by Plaintiffs for sale under the "Teddy Stratford" or "Zip Fit Shirts" Trademarks;

c. Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Teddy Stratford Apparel, Ltd. or Bryan Davis, or are sponsored by, approved by, or otherwise connected with Teddy Stratford Apparel, Ltd. or Bryan Davis;

d. Further infringing the "Teddy Stratford" or "Zip Fit Shirts" Trademarks and damaging Plaintiffs' goodwill;

e. Otherwise competing unfairly with Plaintiffs in any manner;

f. Manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiffs, nor authorized by Plaintiffs to be sold or offered for sale, and which bear any of the "Teddy Stratford" or "Zip Fit Shirts" Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof;

g. Using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

h. Using the likeness of Plaintiff Bryan Davis on any site or any material of any kind, in connection with any product, or in any manner whatsoever.

i. Using the text or any images showing on Plaintiffs' websites or otherwise belonging to Plaintiffs.

2. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. Moving, destroying, or otherwise disposing of any items, merchandise or documents relating to the Counterfeit Products, Defendants' infringing webstores or websites, and/or Defendants' assets and operation; and

    b. Removing, destroying, or otherwise disposing of computer files, electronic files, business records, or documents relating to any of Defendants' infringing webstores, websites, assets, operations, or relating in any way to the manufacture, acquisition, purchase, distribution or sale of Counterfeit Products, or any reproduction, copy or colorable imitation of the "Teddy Stratford" or "Zip Fit Shirts" Trademarks.

3. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiffs a written report under oath providing: (a) their true name and physical address; (b) all websites and online marketplace accounts on any platform that they own and/or operate; (c) their financial accounts, including but not limited to all Amazon, eBay, Wish, Ali Express, Alibaba, PayPal, Western Union, Stripe, etc., accounts, and including all those listed on Complaint Exhibit 1 (also Exhibit 1 hereto); and (d) the steps taken by each Defendant to comply with paragraphs 1(a)–(i) and 2(a)–(b), above.

4. Plaintiff is authorized to issue expedited written discovery, pursuant to Federal Rules of Civil Procedure 33, 34, and 36, to any of the following parties: (1) Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them; (2) any banks, savings and loan associations, payment processors or other

financial institutions, including without limitation, Amazon, eBay, Wish, Tophatter, Ali Express, AliBaba, PayPal, Inc., Western Union, Stripe, etc. or other merchant account providers, payment provider, third party processors, credit card associations (i.e. MasterCard and VISA) that receive payments or hold assets on Defendants' behalf, including all those listed on Exhibit 1; and (3) any third party service providers, including without limitation, ISPs, back-end service providers, web designers, sponsored search engine or ad-word providers, shippers, domain name registrars, domain name registries or online third-party sellers who have provided services for Defendants (collectively, "Third Party Providers") relating to:

  a. The identities and addresses of Defendants, their agents, servants, employees, confederates, and any persons acting in concert or participation with them and the locations and identities of Defendants' operations, including without limitation, identifying information associated with Defendants' infringing webstores websites and financial accounts;

  b. The nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the infringing websites and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to the infringing websites;

  c. Defendants' infringing webstores, websites and any domain name registered by Defendants; and

  d. Any financial accounts, whether primary or secondary, owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such

accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including without limitation, Amazon, eBay, Wish, Tophatter, Ali Express, Alibaba, PayPal, Inc., Western Union, or other merchant account providers, payment providers, third party processors, and credit card associations (i.e., MasterCard and VISA).

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

6. Amazon, eBay, Wish, Ali Express, Alibaba, Stripe and all those e-commerce platforms listed on Exhibit 1 and their affiliates shall, within two (2) business days of receipt of this Order, block any money transfers and funds from being transferred by the Defendants identified in Exhibit 1 until further ordered by this Court.

7. PayPal, Inc., Stripe, etc., including all those e-commerce platforms listed on the attached Schedule (the "Payment Processors") shall, within two (2) business days of receipt of this Order, for any Defendant or any of Defendants' infringing websites:

    a. Locate all accounts and funds connected to Defendants and the infringing websites, including, but not limited to, any Payment Processor accounts connected to the information listed in Exhibit 1 hereto and any e-mail addresses provided for Defendants by third parties; and

    b. Restrain and enjoin any such accounts or funds that are non-U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. Any banks, savings and loan associations, payment processors, or other financial

institutions, for any Defendant or any of Defendants' infringing websites, shall within two (2) business days of receipt of this Order:

    a. Locate all accounts and funds connected to Defendants and the infringing websites, including, but not limited to, any financial accounts connected to the information listed in Exhibit 1 hereto and any e-mail addresses provided for Defendants by third parties; and

    b. Restrain and enjoin any such accounts or funds that are based in foreign jurisdictions, including but not limited to China and Hong Kong, from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

9. Plaintiffs may provide notice of these proceedings to Defendants, including notice of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P. 4(f)(3), by sending an e-mail to the e-mail addresses provided for Defendants by third parties hosting their webstores, such as Amazon, eBay, Wish, Ali Express, Alibaba, etc., and including all those listed on Exhibit 1. The Clerk of the Court is directed to issue a single original summons in the name of "all Defendants identified in the Complaint" that shall apply to all Defendants. Providing notice via e-mail, along with any notice that Defendants receive from webstore hosts and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

10. This Order shall apply to the infringing webstores, websites and any other domain names properly brought to this Court's attention and verified by sworn affidavit that verifies such new webstores or domain names are being used by Defendants for the purpose of counterfeiting

the "Teddy Stratford" or "Zip Fit Shirts" Trademarks at issue in this action and/or unfairly competing with Plaintiff.

11. Any Defendants that are subject to this Order may appear and move to dissolve or modify this Order as permitted by and in compliance with the Federal Rules of Civil Procedure and Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

12. A bond, in the form of cash, cashier's check, or surety, is to be filed in the amount of $10,000.00, with the Court.

13. This Temporary Restraining Order without notice is entered at 12:30 P.M. on this 1st day of November, 2023 and shall remain in effect for fourteen (14) calendar days.

_____
Andrea R. Wood
United States District Judge

| | Type | Infringer Name | Technology/Seller ID | Website | IP |
|---|---|---|---|---|---|
| **EXISTING DEFENDANTS** | | | | | |
| 1 | Shopify | 99back | Shopify; PayPal | https://99back.com/ | TM 1 & 2; ©; Patent 1; Likeness |
| 2 | Wordpress | Adorbs Tail | WooCommerce; PayPal | https://adorbstail.com/ | ©; Patents 1,2; Likeness |
| 3 | Amazon Marketplace | ZouYuanTao | A18EMLJHFGZ07X | https://www.amazon.nl/sp?ie=UTF8&seller=A18EMLJHFGZ07X&asin=B0CBV6ZYK8&ref_=dp_merchant_link | ©; Patents 1,2; Likeness |
| 4 | Shopify | Avontica | Shopify; PayPal | https://avontica.nl | TM 1; ©; Patents 1,2; Likeness |
| 5 | Shoplazza | beautifulise | Shoplazza; PayPal | https://www.beautifulise.com/ | TM 1 & 2; ©; Likeness |
| 6 | Wordpress | Beeboo | WooCommerce; PayPal | https://www.beeboo.store/ | ©; Patent 2; Likeness |
| 7 | Auction Marketplace | Bidbuy | eBay | https://www.bidbuy.co.kr/ | ©; likeness |
| 8 | Web Store | Bless-eternity | PayPal | https://bless-eternity.com | TM2; ©; Patents 1,2; Likeness |
| 9 | Wordpress | Blueflory | Creditcard only | https://blueflory.com/ | TM 1 & 2; ©; Patents 1,2; Likeness |
| 10 | Web Store | Blueraye | PayPal | https://blueraye.com | TM 1 & 2; ©; Patents 1,2; Likeness |
| 11 | Shoplazza | bootslooks | Shoplazza/PayPal | https://www.bootslooks.com/ | TM2; ©; Patents 1,2; Likeness |
| 12 | Web Store | Breezyard | PayPal | https://www.breezyard.com | TM 1 & 2; ©; Patents 1,2; Likeness |
| 13 | Web Store | Modern Lean Design | PayPal | https://breject.com/ | ©; Patents 1,2; Likeness |
| 14 | Web Store | Brightmeteors.com | PayPal | https://www.brightmeteors.com | ©; likeness |
| 15 | Shopify | Bruneya | Shopify; PayPal | https://bruneya.nl | TM 1; ©; Patents 1,2; Likeness |
| 16 | Web Store | Bulk-supplement.bs | PayPal | https://www.bulk-supplement.com/ | ©; Patents 1,2; Likeness |
| 17 | Wordpress | Centfeel | PayPal | https://centfeel.com/ | ©; Patents 1,2; Likeness |
| 18 | Web Store | Cleverwhalego | Klarna; PayPal | https://www.cleverwhalego.com/ | ©; Patents 1,2; Likeness |
| 19 | Web Store | Converselyt | Klama; PayPal | https://www.converselyt.com/ | TM 1 & 2; ©; Patents 1,2; Likeness |
| 20 | Wordpress | Decacy Store | PayPal | https://decacy.com/ | TM 1 & 2; ©; Patent 2; Likeness |
| 21 | Wordpress | Deflory | PayPal | https://www.deflory.com/ | ©; Patents 1,2; Likeness |
| 22 | Shoplazza | Snappok | Shoplazza; PayPal; Gpay | https://www.demmoo.com/ | TM 1 & 2; ©; Patents 1,2; Likeness |
| 23 | Shoplazza | Dresstyle | Shoplazza; PayPal | https://www.dresstyle.shop/ | TM 1 & 2; ©; Patent 2; Likeness |
| 24 | Web Store | easy-cheap-go | PayPal | https://www.easy-cheap-go.com/ | TM2; ©; Patents 1,2; Likeness |
| 25 | eBay Marketplace | pinkpig7652 | eBay; PayPal | https://www.ebay.com.au/str/pinkpig7652 | TM 1; ©; likeness |
| 26 | eBay Marketplace | wanjunlo | eBay; PayPal | https://www.ebay.com.au/str/wanjunlo | TM 1; ©; likeness |
| 27 | eBay Marketplace | New Beautiful Girl | eBay; PayPal | https://www.ebay.com.au/str/newbeautifulgirl | TM 1; ©; likeness (PMJ test purchase 9122023) |
| 28 | eBay Marketplace | Lovely&Girls | eBay; PayPal | https://www.ebay.com.au/str/lovelygirls | TM 1; ©; likeness |
| 29 | eBay Marketplace | chstock88 | eBay; PayPal | https://www.ebay.ch/str/chstock88 | TM 1; ©; likeness |
| 30 | eBay Marketplace | seasofbeauty | eBay; PayPal | https://www.ebay.co.uk/str/seasofbeauty | TM1; ©; Patent 1; likeness |
| 31 | eBay Marketplace | chuqin-62 | eBay; PayPal | https://www.ebay.co.uk/str/chuqin62 | TM 1; ©; Patent 1; likeness |
| 32 | eBay Marketplace | anime_de_store | eBay; PayPal | https://www.ebay.de/str/animedestore | ©; patent 1; likeness |
| 33 | eBay Marketplace | yunhu9804 | eBay; PayPal | https://www.ebay.com/str/yunhu9804 | TM 1 (blurry); ©; patent 1; likeness |
| 34 | eBay Marketplace | hothair8811 | eBay; PayPal | https://www.ebay.com/str/hothair8811 | TM 1; ©; patent 1; likeness |
| 35 | eBay Marketplace | zhut_4666 | eBay; PayPal | https://www.ebay.com/str/zhut4666 | TM 1 (blurry); ©; patent 1; likeness |
| 36 | eBay Marketplace | Mel Stylish Shop | eBay; PayPal | https://www.ebay.com/str/melstylishshop | TM1 (blurry);©; patent 1; likeness |
| 37 | eBay Marketplace | fashionshoes8815 | eBay; PayPal | https://www.ebay.com/str/fashionshoes8815 | TM1; ©; patent 1; likeness |
| 38 | eBay Marketplace | huahuo-61 | eBay; PayPal | https://www.ebay.com/str/huahuo61 | TM1; ©; patent 1; likeness |
| 39 | eBay Marketplace | littlegirlsshop | eBay; PayPal | https://www.ebay.com/str/littlegirlsshop | TM 1; ©; patent 1; likeness |
| 40 | eBay Marketplace | weiz-2 | eBay; PayPal | https://www.ebay.com/str/weiz2 | TM1; ©; patent 1; likeness |
| 41 | eBay Marketplace | Fashion's hair accessories | eBay; PayPal | https://www.ebay.com/str/fashionshairaccessories | TM 1; ©; patent 1; likeness |

| # | Platform | Store Name | Payment | URL | Infringements |
|---|---|---|---|---|---|
| 42 | eBay Marketplace | nangguan_97 | eBay; PayPal | https://www.ebay.com/str/nangua233 | TM 1; ©; patent 1; likeness |
| 43 | eBay Marketplace | liming_438 | eBay; PayPal | https://www.ebay.com/str/liming438 | TM 1; ©; patent 1; likeness |
| 44 | eBay Marketplace | LUCKY DOG Grocery | eBay; PayPal | https://www.ebay.com/str/haoxue21 | TM 1; ©; patent 1; likeness |
| 45 | eBay Marketplace | Beautiful Moment | eBay; PayPal | https://www.ebay.ph/str/beautifulmoment | TM 1; ©; patent 1; likeness |
| 46 | Web Store | Elisastuff | PayPal | https://www.elisastuff.com/ | ©; likeness |
| 47 | Web Store | Embroideryn | PayPal | https://www.embroideryn.com/ | ©; likeness |
| 48 | Shopify | Enzova | Shopify; PayPal; ApplePay | https://www.enzova.fr | ©; Patents 1,2; Likeness |
| 49 | Shopify | Fabio-Morello | Shopify; PayPal; Klarna | https://fabiomorello.com/ | ©; Patents 1,2; Likeness |
| 50 | Web Store | fairytaleorama | PayPal | https://www.fairytaleorama.com/ | ©; Patents 1,2; Likeness |
| 51 | Web Store | CoFlory | PayPal | https://florysanta.com/ | TM2; ©; Patent 1; Likeness |
| 52 | Shoplazza | fmmill | Shoplazza; PayPal | https://www.fmmill.com | TM 1 & 2; ©; Patent 1; Likeness |
| 53 | Shoplazza | foltrend | Shoplazza; Gpay; PayPal | https://www.foltrend.com | TM 1 & 2; ©; Patents 1,2; Likeness |
| 54 | Web Store | Formlurgous | PayPal | https://formlurgous.com/ | TM2; ©; Patent 1; Likeness |
| 55 | Shoplazza | freesmily | Shoplazza; PayPal | https://www.freesmily.store/ | ©; likeness |
| 56 | Web Store | Generallyt | PayPal | https://generallyt.com/ | ©; patent 1; likeness |
| 57 | Shoplazza | Giftnii | Shoplazza; PayPal | https://www.giftnii.com/ | TM2; ©; Patent 1; Likeness |
| 58 | Wordpress | Halakick | WooCommerce; PayPal | https://www.halakick.com/ | TM2; ©; Patent 1; Likeness |
| 59 | Shopify | halyone | Shopify; Gpay; MetaPay; PayPal | https://halyone.com/ | TM2; ©; Patents 1,2; Likeness |
| 60 | Shoplazza | Haulhot | Shoplazza; PayPal | https://www.haulhot.com/ | TM 1 (blurry) & 2; ©; Patent 1; |
| 61 | Shopify | Hibybuy | Shopify; PayPal; Klarna | https://hibybuy.com | TM 1 (blurry) & 2; ©; Patent 1; |
| 62 | Shoplazza | Hilicense | Shoplazza; PayPal | https://www.hilicense.com | TM 1 (blurry) & 2; ©; Patent 1; |
| 63 | Wordpress | Holopearl | WooCommerce; PayPal | https://holopearl.com/ | TM2; ©; Patent 1; Likeness |
| 64 | Shopline | Hugotok | Shopline; PayPal | https://hugotok.com | TM 1 (blurry) & 2; ©; Patents 1,2; |
| 65 | Web Store | Hulaline | PayPal | https://hulaline.com | TM 1 & 2; ©; Patents 1,2; Likeness |
| 66 | Web Store | Institutionk | Cart Functionality - PayPal - Klarna | https://www.institutionk.com/ | ©; Patents 1,2; Likeness |
| 67 | Shoplazza | Itin | Shoplazza - PayPal | https://www.itin.store/ | ©; Patents 1; TM2; Likeness |
| 68 | AliExpress Marketplace | LEMKAXY Store | 1102345290 - PayPal | https://lemkaxyofficial.aliexpress.com/store/1102345290 | ©; Patents 1; Likeness - Can't purchase w/o acct. |
| 69 | Shoplazza | Jacksman | Shoplazza - PayPal | https://www.jacksman.com | ©; Patents 1 & 2; TM 2 Likeness |
| 70 | Shoplazza | joysav | Shoplazza - Credit Card Only | https://www.joysav.com | ©; Patents 1; TM2; Likeness |
| 71 | Shoplazza | Limodou | Shoplazza - PayPal | https://www.limodou.com/ | ©; TM2; Likeness |
| 72 | Shopify | LLmetro | Shopify - PayPal | https://llmetro.com/ | ©; Patent 1; TM 2; Likeness |
| 73 | Web Store | Misecal | Cart Functionality - PayPal | https://misecal.com/ | ©; Patent 1; TM 2; Likeness |
| 74 | ShopBase | MudrooMarket | ShopBase - PayPal | https://mudroo.com/ | ©; Likeness; Patent 1 - NOTE Product description is not for the shirt |
| 75 | Web Store | musicianp | Cart Functionality - PayPal | https://www.musicianp.com/ | ©; Likeness; Patent 1; TM 2 |
| 76 | Shopline | Nevecart | Shopline - Credit Card | https://nileapple.com/ | ©; Likeness; Patent 1; TM 2 |
| 77 | Wordpress | Norashack | WooCommerce - PayPal | https://www.norashack.com/ | ©; Patents 1 & 2; Likeness; |
| 78 | Shoplazza | Old33 | Shoplazza - PayPal | https://www.old33.com/ | ©; Likeness; Patent 1; TM 2 |
| 79 | Web Store | Olednova | Cart Functionality - Credit Card | https://olednova.com | ©; Likeness; Patents 1 & 2; TM 2 |
| 80 | Web Store | Perfect Nile | Cart Functionality - Credit Card | https://perfectnile.com/ | ©; Likeness; Patent 2 |
| 81 | Shopify | pinksunrise-uk | Shopify - PayPal; Klarna | https://www.pinksunrise.co.uk | ©; Likeness; |
| 82 | Shoplazza | prehomemart | Shoplazza - PayPal | https://www.prehomemart.com/ | ©; Likeness; Patent 1; Likeness; TM 2 NOTE: Actually mentions Bryan in ©; Likeness |
| 83 | Amazon Marketplace | tarlyrano (Sold By DaYangStore) | A32UH52TN1NW7H - | https://p-yo-www-amazon-com-mx-kalias.amazon.com.mxBusiness/dp/B0CBBQXYGC/ref=zg_bsnr_g_14093502011_sccl_20/145-3283450-9734242?psc=1 | |
| 84 | Shopify | QRSHE | Shopify - PayPal | https://qrshe.com/ | ©; Likeness; Patent 1; TM 2 |

| | | | | | |
|---|---|---|---|---|---|
| 85 | Wordpress | Remtica Shop | WooCommerce - Credit Card | https://remtica.com | ©; Likeness; Patent 1; TM 2 |
| 86 | Web Store | Top Sale IV | Cart Functionality - PayPal | https://runscbk.com/ | ©; Likeness; TM 2; Patent 1 |
| 87 | Shoplazza | SATISFIED YOUTH | Shoplazza - Credit Card | https://www.satisfiedyouth.com/ | ©; Likeness; Patent 1; TM 2 |
| 88 | Shopify | Seehira | Shopify - Google Pay - Shop - PayPal - Meta Pay | https://seehira.com | ©; Likeness; Patent 2; TM 2 |
| 89 | Wordpress | Selectflory | WooCommerce - PayPal | https://selectflory.com/ | ©; Likeness; Patent 2; TM 2 |
| 90 | Shopify | seyoily | Shopify - PayPal | https://seyoily.com | ©; Patent 1; Likeness; |
| 91 | Shopline | Sigriton | Shopline - PayPal | https://sigriton.com/ | ©; Likeness; Patent 1, TM 2 |
| 92 | Shoplazza | Snappok | Shoplazza - PayPal | https://www.snappok.com/ | ©; Likeness; Patent 1 & 2; TM 2 |
| 93 | Shoplazza | Snappok Shop | Shoplazza - PayPal | https://www.snappok.shop/ | ©; Likeness; Patent 1 & 2; TM 2 |
| 94 | Shoplazza | SocialShop | Shoplazza - PayPal | https://www.social.shop/ | ©; Likeness; Patent 1 & 2; TM 2 |
| 95 | Shoplazza | Stilches | Shoplazza - PayPal | https://www.stilches.com/ | ©; Likeness; Patent 1 & 2; TM 2 |
| 96 | Web Store | Onillow | Cart Functionality - PayPal | https://stretchzipshirt.onillow.com/ | ©; Likeness; Patent 1; TM 2 |
| 97 | Web Store | Tenderolanets.shop | Cart Functionality - PayPal | https://www.tenderplanets.com/ | ©; Likeness; Patent 1; TM 2 |
| 98 | Web Store | Tidowa | Cart Functionality - Credit Card | https://tidowa.cc/ | ©; Likeness; Patent 1; TM2 |
| 99 | Wordpress | Tinyyworld | WooCommerce - PayPal | https://www.tinyyworld.tech/ | ©; Likeness; Patent 1; TM 2 |
| 100 | Web Store | Tommo Pick | Cart Functionality - Credit Card | https://www.tommopick.com/ | ©; Likeness; Patent 1 & 2 |
| 101 | Web Store | Tonal-diamond.tdd | Cart Functionality - PayPal | https://www.tonal-diamond.com/ | ©; Patent 1 & 2, Likeness; |
| 102 | Web Store | Toothpicky | Cart Functionality - PayPal | https://www.toothpicky.com/ | ©; Likeness; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |
| 103 | Shopline | TOYEDC | Shopline - PayPal | https://toyedc.com/ | ©; Likeness; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |
| 104 | Web Store | Tropatie | Cart Functionality - PayPal | https://www.tropatie.com | ©; Likenesss; Patent 1; TM 2 - NOTE: Potential TM 1 but blurry |
| 105 | Shopify | TURNON SHOP | Shopify - Google Pay - Shop - Meta Pay | https://turnonshop.com | ©; Likeness; TM 2 |
| 106 | Web Store | Unfolbatle | Cart Functionality - PayPal | https://unfolbatle.com | ©; Likeness; Patent 2 |
| 107 | Web Store | Validityi | Cart Functionality - PayPal | https://www.validityi.com/ | ©; Likeness; Patent 1; TM 2 |
| 108 | Web Store | Vigourgagem01 | Cart Functionality - PayPal | https://www.vigourgagem.com/ | ©; Likeness; Patent 1 & 2; |
| 109 | Web Store | Wavevive | Cart Functionality - Credit Card | https://wavevive.com | ©; Likeness; Patent 1 & 2; TM 2 |
| 110 | Web Store | Winterduet-1 | Cart Functionality - PayPal | https://www.winterduet.com/ | ©; Likeness; Patent 1; TM 2 |
| 111 | Web Store | Zureblue | Cart Functionality - PayPal | https://www.zureblue.com/ | ©; Likeness; Patent 1; TM 1 & 2 |
| **NEW DEFENDANTS** | | | | | |
| 112 | Amazon Marketplace | OIOLOYJM | A3PWL8AMYPO53 | https://www.amazon.com/Button-Vintage-Herringbone-Christmas-Stretch/dp/B0CFYK2PNS?ref_=v_sp_product_dpx | ©; Likeness; Patent 1 |
| 113 | Amazon Marketplace | Godofbas192 | A3BNDVL3T15KZY | https://www.amazon.com/WJDSZBD-Zipper-Button-Shirts-Summer/dp/B0C9WXR6WQ?ref_=v_sp_product_dpx&th=1&psc=1 | ©; Likeness; Patent 1 |
| 114 | Amazon Marketplace | Godofbas192 | A3F3SVY1K25OFH | https://www.amazon.com/dp/B0C9WTZQ73/ref=twister_B0C9WWSCCY?_encoding=UTF8&th=1&psc=1 | ©; Likeness; Patent 1 |
| 115 | Amazon Marketplace | RTTUIOP | A3M8CLID42JVK2 | https://www.amazon.com/Stretch-Concealed-Business-Wrinkle-Free-Athletics/dp/B0CB896HWP?ref_=v_sp_product_dpx | ©; Likeness; Patent 1 |
| 116 | Amazon Marketplace | changanhangtai | AMQR9A4LGUHBX | https://www.amazon.com/sp?ie=UTF8&seller=AMQR9A4LGUHBX&asin=B0CBDNF8KT&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 117 | Amazon Marketplace | FIRERO | A2TSP9CM967P7E | https://www.amazon.com/sp?ie=UTF8&seller=A2TSP9CM967P7E&asin=B0CGDJCQXX&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 118 | Amazon Marketplace | Minquan Kangsheng Trading Co., | ARR7EOCG0MLSH | https://www.amazon.com/FIRERO-Oxford-Stretch-Zip- | ©; Likeness; Patent 1 |

| # | Platform | Seller | ID | URL | Claims |
|---|---|---|---|---|---|
| 119 | Amazon Marketplace | JSFOIRYROU | AX223B2QOE3ND | https://www.amazon.com/sp?ie=UTF8&seller=AX223B2QOE3ND&asin=B0CC95NRMF&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 120 | Amazon Marketplace | XMJingchao | A174C1XYT36EHA | https://www.amazon.com/sp?ie=UTF8&seller=A174C1XYT36EHA&asin=B0CFF98BBC&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 121 | Amazon Marketplace | Friyur | A38NR2GHVDT3CI | https://www.amazon.com/sp?ie=UTF8&seller=A38NR2GHVDT3CI&asin=B0CFYLXNYQ&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 122 | Amazon Marketplace | Rain bOW | A3CV6QGVC5EKS3 | https://www.amazon.com/sp?ie=UTF8&seller=A3CV6QGVC5EKS3&asin=B0CGYKXXK3&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 123 | Amazon Marketplace | PePPerHi | A3UR2V2QL8WHJ5 | https://www.amazon.com/sp?ie=UTF8&seller=A3UR2V2QL8WHJ5&asin=B0CGJFJ1W3&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 124 | Amazon Marketplace | JIN ZHI HAI | A27T896HELSQ6H | https://www.amazon.com/sp?ie=UTF8&seller=A27T896HELSQ6H&asin=B0CFPXZG2N&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 125 | Amazon Marketplace | BigReYe | AOM66SV0NS9O | https://www.amazon.com/Oxford-Stretch-Sleeve-Decoration-Business/dp/B0CBPGWB7R?ref_=v_sp_product_dpx | ©; Likeness ; Patent 1 & 2 |
| 126 | Amazon Marketplace | JaneEing | A18LD5L3C6FEU7 | https://www.amazon.com/Oxford-Stretch-Sleeve-Decoration-Business/dp/B0CBWMCF3K?ref_=v_sp_product_dpx | ©; Likeness; Patent 1 & 2 |
| 127 | Amazon Marketplace | BigEyeStore | A20NP8X2BCK8W7 | https://www.amazon.com/Oxford-Stretch-Sleeve-Istanbul-Business/dp/B0CCDMBBGM?ref_=v_sp_product_dpx&th=1&psc=1 | ©; Likeness |
| 128 | Amazon Marketplace | LEYJOKE | ADTEQ3FPWA0FH | https://www.amazon.com/Sleeve-Button-Oxford-Stretch-T-Shirt/dp/B0CGVG1NCN?ref_=v_sp_product_dpx&th=1 | ©; Likeness; Patent 1 |
| 129 | Amazon Marketplace | DyorHome | A2RWMELATGB84S | https://www.amazon.com/sp?ie=UTF8&seller=A2RWMELATGB84S&asin=B0CDL42S4W&ref_=dp_merchant_link | ©; Patent 1 |
| 130 | Amazon Marketplace | LiuXingWenAnQingShiSh | A29XJ8R3BIPD0X | https://www.amazon.com/sp?ie=UTF8&seller=A29XJ8R3BIPD0X&asin=B0CC9C63YM&ref_=dp_merchant_link | ©; Likeness; Patent 1 |
| 131 | Amazon Marketplace | yiburuxin | A3LJNSX3PPET2G | https://www.amazon.com/Stretch-Without-Gapping-Between-Buttons/dp/B0CGZWMTQ9?ref_=v_sp_product_dpx | ©; Likeness; Patent 1 |
| 132 | Shoplazza | Bluebeller Store | Shoplazza - PayPal | https://www.bluebeller.com/products/2023-mens-oxford-stretch-zip-shirt | ©; Likeness |
| 133 | Shoplazza | Coffeestrict | Shoplazza - Credit Card | https://www.coffeestrict.com/products/otis-shirt-with-zipper | ©; Likeness; Patent 1 & 2; |
| 134 | Web Store | coherentm | Cart Functionality - PayPal | https://www.coherentm.com/products/oxford-stretch-zip-shirt-buy-2-free-shipping-3 | ©; Likeness; Patent 1; TM 1 & 2 |
| 135 | Dhgate Marketplace | Just4urwear | 20917558 - Credit Card | https://www.dhgate.com/product/men-s-casual-shirts-dress-wrinkle-t-long/891160276.html?dspm=pcen.Noresult.partitem.1.xHdZWbnK2hI6TR84tsva&resource_id=&scm_id=search.LIST...prerank001%7C4%7C0%7Cunrerank%7C7_4%7Cnewes%7C7_4%7Czero-A-p1..#listing_wordrec-0 | ©; Likeness; Patent 1 |
| 136 | Dhgate Marketplace | dou01 | 21599462 - Credit Card | https://www.dhgate.com/product/mens-casual-shirts-dress-wrinkle-t-long-sleeve/889437645.html | ©; Likeness; Patent 1 |
| 137 | Dhgate Marketplace | kuo04 | 2172950- Credit Card | https://www.dhgate.com/product/mens-casual-shirts-slim-long-sleeve-shirt/887562295.html | ©; Likeness; Patent 1 |
| 138 | Dhgate Marketplace | dou003 | 21599465 - Credit Card | https://www.dhgate.com/product/mens-casual-shirts-slim-long-sleeve-shirt/889323546.html | ©; Likeness; Patent 1 |
| 139 | Dhgate Marketplace | qiaomaidou03 | 21716923- Credit Card | https://www.dhgate.com/product/men-s-casual-shirts-slim-long-sleeve-shirt/894320260.html?dspm=pcen.Noresult.partitem.1.xHdZWbnK2hI6TR84tsva&resource_id=&scm_id=search.LIST...prerank001%7C4%7C0%7Cunrerank%7C7_4%7Cnewes%7C7_4%7Czero-A-p1..#listing_wordrec-10 | ©; Likeness; Patent 1 |
| 140 | Dhgate Marketplace | deng02 | 21728801- Credit Card | https://www.dhgate.com/product/men-s-casual-shirts-slim-long-sleeve-shirt/894552511.html | ©; Likeness; Patent 1 |
| 141 | Dhgate Marketplace | zhao02 | 21755279 - Credit Card | https://www.dhgate.com/product/mens-casual-shirts-slim-long-sleeve-shirt/894973982.html | ©; Likeness; Patent 1 |
| 142 | Dhgate Marketplace | aozhouqie | 20061377 - Credit Card | https://www.dhgate.com/product/men-s-dress-shirts-us-size-autumn-winter/897566555.html | ©; Patent 1 |

| | | | | | |
|---|---|---|---|---|---|
| 143 | Web Store | discountbloc.ru | Cart Functionality - Credit Card | https://discountbloc.ru/archive/products/vxy0110wzyvu.html | ©; Likeness; Patent 1 |
| 144 | Web Store | Funinyo | Cart Functionality - PayPal | https://www.funinyo.com/products/oxford-stretch-zip-shirt-buy-2-free-shipping-3 | ©; Likeness; Patent 1 |
| 145 | Shopify | Holisko | Shopify - Google Pay Apple Pay | https://holisko.com/products/oxford-stretch-zip-shirt-buy-1-free-get-1-50-off | ©; Likeness; TM 2 |
| 146 | AliExpress Marketplace | i Sexy Party Store | 514507 - PayPal - Google Pay | https://www.aliexpress.us/item/3256805648917795.html?gatewayAdapt=glo2usa4itemAdapt | ©; Likeness; Patent 1 |
| 147 | AliExpress Marketplace | Ms Yearl Store | 911837284 - PayPal - Google Pay | https://www.aliexpress.us/item/3256805769929723.html?gatewayAdapt=glo2usa4itemAdapt | ©; Likeness; Patent 1 |
| 148 | AliExpress Marketplace | AOTTER SLULIAN Outlet Store | 5245246 - PayPal - Google Pay | https://www.aliexpress.us/item/3256805773790829.html?gatewayAdapt=glo2usa4itemAdapt | ©; Likeness; Patent 1 |
| 149 | AliExpress Marketplace | 987 Crooked Store | 911751199 - PayPal - Google Pay | https://www.aliexpress.us/item/3256805793798494.html?gatewayAdapt=glo2usa4itemAdapt | ©; Likeness; Patent 1 |
| 150 | AliExpress Marketplace | BHRIWRPY Store | 1102547601 - PayPal - Google Pay | https://www.aliexpress.us/item/3256805814938655.html?spm=a2g0o.store_pc_home.hotSpots_2006745174310.0&gatewayAdapt=glo2usa4itemAdapt | ©; Likeness; Patent 1 |
| 151 | Shoplazza | KeSTRY | Shoplazza - PayPal | https://www.aliexpress.us/item/3256805793798494.html?gatewayAdapt=glo2usa4itemAdapt | ©; Likeness; TM 1 & 2; Patent 1 & 2; |
| 152 | Shopify | Leancey | Shopify - PayPal - Klarna | https://www.leancey.com/products/zip-shirt | ©; Likeness; TM 1 & 2; Patent 1 |
| 153 | Wordpress | Lindaflors | Cart Functionality - PayPal | https://www.lindaflors.com/products/men-s-long-sleeve--oxford-stretch-zip-shirt-lavender?origin=recommend | ©; Likeness; TM 2; Patent 1 |
| 154 | Shoplazza | luinstar | Shoplazza - PayPal | https://www.luinstar.com/products/oxford-stretch-zip-shirt-free-shipping-ovmd-r8du | ©; Likeness; TM 1 (Blurry) and TM 2; |
| 155 | Web Store | magiika | Cart Functionality - PayPal | https://www.magiika.com/products/oxford-stretch-zip-shirt | ©; Likeness; Patent 2; TM 2 |
| 156 | Shoplazza | Model-Man | Shoplazza - PayPa' | https://www.model-man.com/products/oxford-stretch-zip-shirt | ©; Likeness; TM 1 & 2; Patent 1 & 2; |
| 157 | Web Store | National Comfy | Cart Functionality - Credit Card | https://www.nationalcomfy.com/product/oxford-stretch-zip-shirt-buy-2-free-shipping-2-7j26/ | ©; Likeness; Patent 2 |
| 158 | Web Store | Otrnton.Top | BigCommerece - Credit Card | https://www.otrnton.top/ProductDetail.aspx?iid=803823570&pr=38.88 | ©; Likeness; Patent 1 |
| 159 | Alibaba Marketplace | Zhejiang Meihu Dress Co., Ltd. | manshirt88 | https://www.alibaba.com/product-detail/Amazon-top-sale-high-quality-custom_1600917210095.html | ©; Likeness; Supplier site |
| 160 | Web Store | Spraysea | PayPal; Cart Functionality - Credit Card | https://spraysea.com/products/oxford-stretch-zip-shirt-buy-2-free-shipping | ©; Likeness; TM 1 & 2; Patent 1 & 2; wholesale supplier |
| 161 | Web Store | Statloveov | PayPal; Cart Functionality - Credit Card | https://statloveov.live/product_details/58922565.html | (c); TM 1; Patent 2 |
| 162 | Shopify | SuperLuve | Shopify - PayPal | https://www.superluve.com/products/mens-stylish-stretch-zip-button-long-sleeve-shirt?variant=40135292583998 | ©; Likeness; Patent 1 |
| 163 | Shopify | tcgoodus | Shopify - PayPal | https://tcgoodusa.com/products/absolute-game-changer-mens-business-casual-shirt | ©; Likeness; TM 1 & 2; |
| 164 | Shopify | The Webkart | Shopify - Shop and Google Pay | https://www.thewebkart.co/products/oxford-stretch-zip-shirt | ©; Likeness; TM 2 |
| 165 | Shopify | Timalist.nl | Shopify - Klarna | https://www.thewebkart.co/products/oxford-stretch-zip-shirt | ©; Likeness; Patent 1 & 2 |
| 166 | Web Store | VTKix | Shopify - Google Pay - Shop Pay - Meta Pay | https://vtkix.com/products/kix-shirt-with-zipper | ©; Likeness; Patent 1 & 2; TM 1 |
| 167 | Walmart Marketplace | Yiqingling Trading Co.Ltd | 101264051 | https://www.walmart.com/ip/Gubotare-Men-s-Dress-Shirts-Shirts-T-Shirts-Long-Sleeve-Zip-Up-Tshirts-Stretch-Solid-Business-Button-Down-Blue-L/3193316752?from=/search | ©; Likeness; Patent 1; |
| 168 | Walmart Marketplace | MLQIDK | 101229863 | https://www.walmart.com/ip/Mlqidk-Oxford-Stretch-Zip-Shirt-for-Men-Business-Fake-Button-Zipper-Up-Dress-Shirts-Casual-Official-Wedding-Formal-Shirts-Blue-M/3445288767?wmlspartner=wlpa&selectedSellerId=101229863 | ©; Likeness; Patent 1; |

| No. | Marketplace | Seller | Seller ID | URL | Claims |
|---|---|---|---|---|---|
| 169 | Walmart Marketplace | CF TQWQT | 101187479 | https://www.walmart.com/ip/TQWQT-Oxford-Stretch-Zip-Shirt-for-Men-Business-Fake-Button-Zipper-Up-Dress-Shirts-Casual-Official-Wedding-Formal-Shirts-White-XL/3147077416?athbdg=L1400&from=/search | ©; Likeness; Patent 1; |
| 170 | Shopify | Watson Menswear | Shopify - Google Pay - Shop Pay - PayPal | https://watsonmenswear.com/products/malena-mens-oxford-shirt-with-zip-opening-light-blue | ©; TM 1; Patents 1 & 2; |
| 171 | Shopify | WearComfii | Shopify - PayPal, Apple Pay | https://watsonmenswear.com/products/malena-mens-oxford-shirt-with-zip-opening-light-blue | ©; Likeness; Patent 1 & 2; TM 1 |
| 172 | Shopline | YHGBLTD | Shopline _ PayPal | https://yhgbltd.com/products/oxford-stretch-zip-shirt-buy-2-free-shipping- | ©; Likeness; TM 1 & TM 2; Patent 1 |
| 173 | eBay Marketplace | jiaozhu_0 | jiaozhu_0 | https://www.ebay.com/itm/126054024943 | ©; Likeness; TM 1; Patent 1 |
| 174 | Shopify | BYLIMY | Shopify | https://bylimy.com/products/otis-shirt-with-zipper | ©; Likeness; TM 1 & TM 2; Patent 1 |
| 175 | AliExpress Marketplace | Shop1102345290 Store | 1102345290 | https://www.aliexpress.com/item/1005005891384478.html | ©; Likeness; Patent 1; |
| 176 | AliExpress Marketplace | AYRBAO Clothing Store | 1102169623 | https://www.aliexpress.us/item/3256805729908052.html | ©; Likeness; Patent 1; |
| 177 | AliExpress Marketplace | Dazzling Styles Store | 2932085 | https://www.aliexpress.com/item/1005006011936561.html | ©; Likeness; Patent 1; |
| 178 | AliExpress Marketplace | Yutong's Fashion Jewelry | 1101097784 | https://www.aliexpress.us/item/3256805822581694.html | ©; Likeness; Patent 1; |
| 179 | AliExpress Marketplace | Princess Of Butterfly Store | 1102994489 | https://www.aliexpress.us/item/3256805806127222.html | ©; Likeness; Patent 1; |
| 180 | AliExpress Marketplace | MENS Shirt Pavilion Store | 1102160155 | https://www.aliexpress.us/item/3256805711626900.html | ©; Likeness; Patent 1; |
| 181 | Alibaba Marketplace | Yiwu Yanxi E-Commerce Firm | yanxiclothes | https://www.alibaba.com/product-detail/Cotton-Pique-Design-Your-Own-Custom_1600919065931.html | © Likeness; TM 1; Patent 1 |
| 182 | Alibaba Marketplace | Jian'ou Diaoling E-Commerce Firm | diaolin | https://www.alibaba.com/product-detail/Anti-Wrinkle-No-Ironing-Elasticity-Slim_1600916850840.html | ©; Likeness |
| 183 | Twitter | SpaceSpeak | SpaceSpeaker_co | https://twitter.com/spacespeaker_co/status/1705152969166209529?s=46&t=RBbsYXcitDGWQxQSe8IikA | ©; Likeness; Patent 1 & 2; TM 1 & 2 |