UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Davis et al., | ) | |
| --- | --- | --- |
| | ) | |
| Plaintiff, | ) | Case No.: 1:23-cv-10799 |
| v. | ) | |
| | ) | Dist. Judge Andrea R. Wood |
| The Entities listed on Exhibit 1, | ) | |
| | ) | Mag. Judge Gabriel A. Fuentes |
| Defendants. | ) | |

### Motion to Set Briefing Schedule

**NOW COME** Snappok (22), Snappok (92), foltrend (53), Hugotok (64), and giftnii (57) (hereinafter "Defendants"), by and through their undersigned counsel, and hereby respectfully request that this Court set a briefing schedule on Plaintiff's Motion for Entry of Preliminary Injunction, and in support state as follows:

1. Plaintiff filed its Complaint on September 13, 2023, alleging that Defendants committed trademark infringement, copyright infringement, patent infringement, and related claims. [Dkt. 1].

2. On September 22, 2023, Plaintiff filed an *ex parte* motion for entry of a temporary restraining order, which the Court ultimately granted on November 1, 2023. [Dkt. 9, 21].

3. On November 11, 2023, Plaintiff filed its Motion for Entry of a Preliminary Injunction. [Dkt. 26].

4. The Davis Declaration remains sealed. [Dkt. 12].

5. Defendants recently obtained local counsel. Defendants need a short time to review and confirm the exact basis for Plaintiff's claims against each of them in order to appreciably oppose Plaintiff's motion for entry of a preliminary injunction. Defendants believe the issues relate to (i) whether their use of any imagery infringes material purportedly covered under Plaintiff's U.S.

copyright registration(s); (ii) whether the products they sold bore sufficient non-functional aspects of Plaintiff's design patent; (iii) whether they "used" of any source identifier purportedly owned by Plaintiff, (iv) whether the products they sold were in-fact covered under Plaintiff's utility patent, and (v) whether they in-fact used Plaintiff Davis' identifiable name or likeness. Meritorious arguments would apply to each of these questions.

6. Defendants need a short time to respond to Plaintiff's motion.

**WHEREFORE**, Defendants respectfully request that:

A. The Jones Declaration and related sealed material [Dkts. 7, 8, 12, 14, 19] be unsealed; and

B. Defendants be allowed until December 8, 2023, to respond to Plaintiff's Motion for Entry of Preliminary Injunction.

Dated: November 29, 2023

                                                  Respectfully Submitted,

                                                  /s/Adam E. Urbanczyk
                                                  Adam E. Urbanczyk
                                                  Brian Swift
                                                  AU LLC
                                                  444 W. Lake St. 17th Floor
                                                  Chicago, IL 60606
                                                  (312) 715-7312
                                                  adamu@au-llc.com
                                                  brians@au-llc.com
                                                  *Counsel for Defendants*