IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEDDY STRATFORD APPAREL LLC, ) and BRYAN DAVIS, ) ) Plaintiffs, ) ) vs. ) ) THE ENTITIES listed on EXHIBIT 1, ) ) Defendants. ) | ) Case No. 23-10799 ) ) ) Judge: Andrea R. Wood |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs hereby notifies this Court that the Plaintiffs voluntarily dismisses any and all claims against the following Defendants, none of which have filed an answer or motion for summary judgment, with prejudice:

**Amazon Defendants:**

| 83 | Amazon | tarlyrano (Sold By DaYangStore) A32UH52TN1NW7H |
|---|---|---|
| 113 | Amazon | Godofbas192 A3BNDVL3T15KZY |
| 118 | Amazon | Minquan Kangsheng Trading Co. ARR7EOCG0MLSH |
| 121 | Amazon | Friyur A38NR2GHVDT3CI |
| 123 | Amazon | PePPerHi A3UR2V2QL8WHJ5 |
| 125 | Amazon | BigReYe AOM66SV0NS9OG |
| 126 | Amazon | JaneEing A18LD5L3C6FEU7 |

1

| 127 | Amazon | BigEyeStore A20NP8X2BCK8W7 |
| --- | --- | --- |
| 128 | Amazon | LEYJOKE ADTEQ3FPWA0FH |
| 131 | Amazon | yiburuxin A3LJNSX3PPET2G |

**eBay Defendants:**

| 25 | eBay Marketplace | pinkpig7652 (2500305674) |
| --- | --- | --- |
| 26 | eBay Marketplace | wanjunlo (1659219054) |
| 27 | eBay Marketplace | New Beautiful Girl (1777013374) |
| 28 | eBay Marketplace | Lovely&Girls (2500566190) |
| 29 | eBay Marketplace | chstock88 (1376587357) |
| 31 | eBay Marketplace | chuqin-62 (2399563092) |
| 32 | eBay Marketplace | anime_de_store (17161535290) |
| 33 | eBay Marketplace | yunhu9804 (2389197948) |
| 34 | eBay Marketplace | hothair8811 (1052282149) |
| 35 | eBay Marketplace | zhut_4666 (2399608381) |
| 36 | eBay Marketplace | Mel Stylish Shop (2398362739) |
| 37 | eBay Marketplace | fashionshoes8815 (1362298078) |
| 38 | eBay Marketplace | huahuo-61 (2357832284) |
| 39 | eBay Marketplace | littlegirlsshop (1006885781) |
| 40 | eBay Marketplace | weiz-2 (2390605153) |
| 41 | eBay Marketplace | Fashion's hair accessories (2162309530) |
| 42 | eBay Marketplace | nangguan_97 (2390604509) |
| 43 | eBay Marketplace | liming_438 (2170683379) |
| 44 | eBay Marketplace | LUCKY DOG Grocery (2404546738) |
| 45 | eBay Marketplace | Beautiful Moment (2487411490) |

**PayPal Defendants:**

| 10 | PayPal | blueraye |
| --- | --- | --- |
| 65 | PayPal | hulaline |
| 89 | PayPal | Selectflory |

**Shoplaza Defendants:**

| 67 | Shoplazza | Itin |
|---|---|---|
| 78 | Shoplazza | Old33 (1683628851265143758) |
|  |  | Old 33 (1803646907352192299) |
| 82 | Shoplazza | Prehomemart (5241590503116727215) |

**Shopline Defendants:**

| 91 | Shopline | Sigriton (5206327580500137545) |
|---|---|---|
|  |  | Sigriton (5454463971643934474) |

        Respectfully submitted,

By:   /s/ Patrick M. Jones
       Patrick M. Jones
       Counsel for the Plaintiff

**AEGIS Law**

Patrick M. Jones (IL #6271256)
Christopher A. Thornton (IL #6239332)
Caroline Devereaux
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: cthornton@aegislaw.com
Email: cdevereux@aegislaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 12, 2024, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

Amazon
tro-notice@amazon.com

eBay
copyright@ebay.com

PayPal
EEOmaLegalSpecialist@paypal.com
clete.samson@kutakrock.com

Shopify
legal@shopify.com

Shoplazza
legal@shoplazza.com

Shopline
ipprotect@shoplineapp.com

                  /s/ Caroline A. Devereux