IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TEDDY STRATFORD APPAREL LLC, and BRYAN DAVIS,        )<br>)<br>Plaintiffs,                                          )<br>)<br>vs.                                                    )<br>)<br>THE ENTITIES listed on EXHIBIT 1,    )<br>)<br>Defendants.                                       ) | Case No. 23-10799<br><br>Judge: Andrea R. Wood |

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs hereby notifies this Court that the Plaintiffs voluntarily dismisses any and all claims against the following Defendants, none of which have filed an answer or motion for summary judgment, with prejudice:

**Amazon Defendants:**

| 114 | Amazon | Godofbas192 A3F3SVY1K25OFH |
|---|---|---|
| 115 | Amazon | RTTUIOP A3M8CLID42JVK2 |
| 117 | Amazon | FIRERO A2TSP9CM967P7E |
| 122 | Amazon | Rain bOW A3CV6QGVC5EKS3 |

**Shopify Defendant:**

| 165 | Shopify | Timalist.nl |
|---|---|---|

**eBay Defendant:**

1

| 30 | eBay | seasofbeauty 1106507268 |
|----|------|-------------------------|

                                                          Respectfully submitted,

By:   /s/ Patrick M. Jones
          Patrick M. Jones
          Counsel for the Plaintiff

**AEGIS Law**

Patrick M. Jones (IL #6271256)
Christopher A. Thornton (IL #6239332)
Caroline Devereux
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: cthornton@aegislaw.com
Email: cdevereux@aegislaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on February 8, 2024, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

Amazon
tro-notice@amazon.com

Shopify
legal@shopify.com

eBay
copyright@ebay.com

    /s/ Manon Lemonnier-Clark