# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Bryan Davis, et al.

                Plaintiff,

v.

Case No.: 1:23−cv−10799

Honorable Andrea R. Wood

The Entities listed on Exhibit 1, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 21, 2024:

        MINUTE entry before the Honorable Andrea R. Wood: Telephone conference held and continued to 7/15/2024 at 12:30 p.m. (Central Time). By 7/1/2024, the parties shall file a joint status report proposing a schedule for resolution of the pending motions to dismiss. Plaintiff's motion for entry of default [74] is entered and continued. Defendants' motion for leave to file excess pages [166] granted. Plaintiffs' motion for leave to amend the complaint [182] is entered and continued. Defendant shall respond by 7/8/2024. The parties shall submit a proposed order regarding the release of the $10,000.00 bond. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.