# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TEDDY STRATFORD APPAREL LLC, and BRYAN DAVIS, | ) <br> ) Case No. 23-10799 <br> ) |
| Plaintiffs, | ) <br> ) |
| vs. | ) Judge: Andrea R. Wood <br> ) <br> ) |
| THE ENTITIES listed on EXHIBIT 1, | ) <br> ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs hereby notifies this Court that the Plaintiffs voluntarily dismisses any and all claims against the following Defendant(s), none of which have filed an answer or motion for summary judgment, with prejudice:

| Def. | Name | PayPal Acct. No. |
|---|---|---|
| 78 | SatisfiedYouth.com | 2025872758423225184 |

Respectfully submitted,

By:   /s/ Patrick M. Jones
       Patrick M. Jones
       Counsel for the Plaintiffs

**AEGIS Law**

Patrick M. Jones (IL #6271256)
Caroline Devereaux
Willis Tower
233 South Wacker Drive, 44th Floor
Chicago, Illinois 60606
Tel: (312) 329-0010
Email: pjones@aegislaw.com
Email: cdevereaux@aegislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024, I did serve a copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL on the following via electronic mail:

PayPal
EEOmaLegalSpecialist@paypal.com
clete.samson@kutakrock.com

and

Ge (Gordon) Li, Esq.
Partner | Kevin Kerveng Tung, P.C.
Attorneys At Law
136-20 38th Avenue, Suite 3D
Flushing, NY 11354
Tel: (718)939-8033
Email: gli@kktlawfirm.com

*Counsel to Def. #87*

                                                /s/ Patrick M. Jones