**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

Bryan Davis, et al.

                                          Plaintiff,

v.                                                          Case No.: 1:23–cv–10799
                                                            Honorable Andrea R. Wood

The Entities listed on Exhibit 1, et al.

                                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 26, 2024:

     MINUTE entry before the Honorable Andrea R. Wood: In Court status hearing held on 11/26/2024. For the reasons stated on the record, Plaintiffs' motion for a preliminary injunction [26] with respect to the remaining objecting Defendants is granted, with the exception of Defendants brightmeteors.com and elisastuff.com. Detailed written order to follow. Plaintiffs' motion for leave to amend the complaint to add a designation for trademark infringement as to Fabio–Morello [182] and motion for leave to amend the complaint to add a claim for civil conspiracy as to the B/E Group Defendants [230] are granted. Within 10 days of the Court's ruling on Plaintiffs' motion for entry of default and default judgment [74], Plaintiffs shall file their amended complaint. Defendants shall answer or otherwise respond to Plaintiff's amended complaint within 21 days after that. B–E Group Defendants' motion to dismiss [70], Snappok Group Defendants' motion to dismiss [92], Defendants haulhot, Freesmily, bootslooks, and Dresstyle's motion to dismiss [108], and Defendant Fabio–Morello's motion to dismiss [126] are terminated as moot in light of the anticipated amended complaint and without prejudice to renewal as directed to the amended complaint. By 1/6/2025, the parties are directed to meet and confer and to file a joint status report with a proposed case schedule. Attorney Thornton's motion for withdrawal of counsel [231] is granted. Attorney Christopher Thornton is terminated as counsel of record. In Court status hearing set for 1/16/2025 at 10:00 AM. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.